UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

    CHAD RUNION                                   CASE NO:  25-30996

                                          Chapter 13

SSN# :   XXX-XX-9558     DEBTOR

### OBJECTION OF TRUSTEE TO CONFIRMATION OF PLAN; MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan of the above -referenced debtor, and moves that the court dismiss the case pursuant to 11 USC Section 1307 (c).

In support of her objection, the trustee would show as follows:

**The proposed plan does not comply with the requirements of 11 USC Section 1325 (a)(5) for the reason that it does not provide for the payment of the value of the amount of each allowed secured claim.**

**The proposed plan does not comply with the requirements of 11 USC Section 1325 (a)(6) for the reason that the debtor(s) will not be able to make all payments under the plan and comply with the plan.**

**The debtor(s) have failed to pay first money to the trustee in violation of 11 USC Section 1326 (a)(1).**

Wherefore, the trustee requests that the court set a hearing on her Objection and Motion, and that it grant such relief as is appropriate and just.

Dated:  December 10, 2025                           JENNY P. HOLMAN
                                              Standing Chapter 13 Trustee
                                              3800 Arco Corporate Dr, Suite 510
                                              Charlotte, NC  28273

**\*\* IMPORTANT INFORMATION ON REVERSE SIDE \*\***

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

CHAD RUNION                                                      CASE NO:  25-30996

Chapter 13

SSN# :   XXX-XX-9558       DEBTOR


**NOTICE OF OBJECTION OF TRUSTEE TO CONFIRMATION AND MOTION TO DISMISS PLAN**

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtor to object to confirmation and to dismiss the case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested by the trustee in the objection and motion or if you want the court to consider your views on the objection and motion, you or your attorney must file with the court a written response to the objection and motion by December 31, 2025 at the following address:

CLERK, U.S. BANKRUPTCY COURT
401 W TRADE ST.
CHARLOTTE, NC  28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to  **receive** it on or before the deadline stated above.

A hearing will be held on the trustee's objection and motion will be held on **January 13, 2026 at  9:30 am** at the following address:

Charles Jonas Federal Building
3-Courtroom 2A
401 West Trade Street
Charlotte, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and motion and may enter an order granting that relief.

Dated:  December 10, 2025                                        JENNY P. HOLMAN
                                                                Standing Chapter 13 Trustee
                                                                3800 Arco Corporate Dr, Suite 510
                                                                Charlotte, NC  28273

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                                            CASE NO:  25-30996
          CHAD RUNION

                                                                  Chapter 13

SSN# :   XXX-XX-9558       DEBTOR

### CERTIFICATE OF SERVICE

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the attached document that was filed with the Clerk of Court on  December 10, 2025  via the CM/ECF filing system.  Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: December 10, 2025                                   D. Fey_____

                                                                  Office of the Chapter 13 Trustee

ALLY BANK DEPARTMENT, AIS PORTFOLIO SERVICES, LP, 4515 N SANTA FE AVE  DEPT APS, OKLAHOMA CITY, OK 73118
BRINKS HOME SECURITY, ATTN: BANKRUPTCY, PO BOX 814530, DALLAS, TX 75381
CABARRUS COUNTY TAX COLLECTOR, PO BOX 707, CONCORD, NC 28026-0707
CAPITAL ONE AUTO FINANCE, AIS PORTFOLIO SERVICES LP, 4515 N SANTA FE AVE, DEPT APS, OKLAHOMA CITY, OK 73118
CAPITAL ONE AUTO FINANCE, C/O AIS PORTFOLIO SERVICES LP, PO BOX 4360, HOUSTON, TX 77210
CHAD RUNION, 4481 NORFLEET STREET, CONCORD, NC 28025
CONNS INC, JEFFERSON CAPITAL SYSTEMS, PO BOX 772813, CHICAGO, IL 60677
HYUNDAI CAPITAL AMERICA (HCA), DBA KIA MOTOR FINANCE, PO BOX 20825, Fountain Valley, CA 92728
INTERNAL REVENUE SERVICE, PO BOX 7317, INSOLVENCY REMITTANCE, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
T-MOBILE, PO BOX 37380, ALBEQUERQUE, NM 87176
US BANK TRUST NA, SN SERVICING CORP, 323 FIFTH STREET, EUREKA, CA 95501
US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508
US DEPARTMENT OF EDUCATION, C/O NELNET, PO BOX 2837, PORTLAND, OR 97208-2837

Total Served:18